Dinesh KHANNA; et al., Petitioners,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 08–73020.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 31, 2011.[*]

Filed Sept. 2, 2011.

Wade J. Chernick, Law Office of Wade J. Chernick, Encino, CA, for Petitioners.

Wendy Benner–Leon, Esquire, Oil, U.S. Department of Justice, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: ALARCÓN, O'SCANNLAIN, and SILVERMAN, Circuit Judges.

MEMORANDUM [**]

Dinesh Khanna, his wife, and his son, citizens of India, petition for review of the Board of Immigration Appeals' dismissal of their appeal from an immigration judge's order denying their applications for adjustment under Section 245(i) of the Immigration and Nationality Act, 8 U.S.C. § 1255(i). Petitioners contend that the agency erred in ruling that Dinesh Khanna failed to meet his burden of establishing that the April 2, 2001 application for alien employment certification filed on his behalf was " 'approvable when filed' within the meaning of 8 C.F.R. § 1245.10(a)." We have jurisdiction under 8 U.S.C. § 1252, and we deny the petition. The BIA's determination that the application for alien employment certification filed on Khanna's behalf was not meritorious in fact or approvable when filed is consistent with the agency's interpretation of the implementing regulations for eligibility to be "grandfathered" under Section 245(i), *Matter of Riero*, 24 I. & N. Dec. 267, 268–69 (BIA 2007), and is supported by substantial evidence.

PETITION FOR REVIEW DENIED.

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.